JAP:DMP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

IAN PHILLIP WARD,
    also known as
    "Raphael Walker,"
    "Steven Michael Blair,"
    "Ian Word,"
    "Walter P. Paisley,"
    "Richard Webster," and
    "Errol Coley,"

        Defendant.

- - - - - - - - - - - - - - - - - X

**12 M 586**

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT

(T. 8, U.S.C.,
§§ 1326(a) and
1326(b)(2))

EASTERN DISTRICT OF NEW YORK, SS:

    MATTHEW LEW, being duly sworn, deposes and states that he is a Deportation Officer with the Department of Homeland Security, Immigration and Customs Enforcement, duly appointed according to law and acting as such.

    On or about May 16, 2012, within the Eastern District of New York, the defendant IAN PHILLIP WARD, also known as "Raphael Walker," "Steven Michael Blair," "Ian Word," "Walter P. Paisley," "Richard Webster," and "Errol Coley," an alien who had previously been deported from the United States after a conviction for an aggravated felony, was found in the United States, without the Secretary of the Department of Homeland Security having expressly consented to such alien's applying for admission.

    (Title 8, United States Code, Section 1326(b)(2)).

The source of your deponent's information and the grounds for his belief are as follows:[1/]

1. I am an Deportation Officer with the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), and have been involved in the investigation of numerous cases involving the illegal re-entry of aliens. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2. On or about May 16, 2012, the defendant IAN PHILLIP WARD, also known as "Raphael Walker," "Steven Michael Blair," "Ian Word," "Walter P. Paisley," "Richard Webster," and "Errol Coley," was arrested by the New York City Police Department ("NYPD"), 105th Precinct, in Queens, New York, and charged with Possession of a Forged Instrument in the Second Degree, in violation of New York State Penal Law 170.25, a Class D felony. The defendant used the name "Raphael Walker" in connection with this arrest.

3. The NYPD notified ICE of this arrest. ICE officials ran a criminal history report and found that, on or about September 12, 2005, the defendant had been convicted in the

---

[1/]   Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

United States District Court for the Southern District of New York of illegal re-entry, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2), and sentenced to 30 months' incarceration and three years' supervised release. The defendant used the name "Ian Phillip Ward" in connection with this arrest and conviction.

   4. In addition, ICE officials found that, on or about, July 25, 1996, the defendant had been convicted in Kent County Superior Court, Rhode Island, for possession/delivery of a controlled substance (cocaine), in violation of Rhode Island General Law 21-28-4.01.1, and sentenced to five years' incarceration of which four years was suspended. The defendant used the name "Walter P. Paisley" in connection with this arrest and conviction.

   5. ICE officials also determined that, subsequent to the controlled substance conviction, an aggravated felony under the Immigration and Nationality Act, the defendant, a citizen of Jamaica, was ordered removed from the United States pursuant to an order of removal issued on December 16, 1996. The defendant was subsequently removed from the United States to Jamaica on or about April 28, 1997, August 22, 1997, February 7, 1998, and August 29, 2007. The defendant's removals were in the names and aliases of "Ian Phillip Ward," "Ian Word," "Errol Coley," "Steven Michael Blair," and "Richard Webster."

6. An ICE official with fingerprint analysis training compared (1) the fingerprints taken in connection with the arrest underlying the defendant's September 12, 2005 illegal re-entry conviction, (2) the fingerprints taken in connection with the defendant's April 28, 1997, August 22, 1997, February 7, 1998, and August 29, 2007 removals from the United States, and (3) the fingerprints taken in connection with the defendant's May 16, 2012 arrest, and determined that all six sets of fingerprints were made by the same individual.

7. A preliminary search of ICE files has revealed that there exists no request by the defendant IAN PHILLIP WARD for permission from the Secretary of the Department of Homeland Security, successor to the Attorney General, to re-enter the United States after deportation.

WHEREFORE, your deponent respectfully requests that the defendant IAN PHILLIP WARD, also known as "Raphael Walker,"

"Steven Michael Blair," "Ian Word," "Walter P. Paisley," "Richard Webster," and "Errol Coley," be dealt with according to law.

_____
MATTHEW LEW
ICE Deportation Officer

Sworn to before me this
19th day of June, 2012

THE HON           S/ Pollak           AK
UNITED S                                 )GE
EASTERN